UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEAT SURGE, LLC, an Ohio limited liability company, WORLD RESERVE MONETARY EXCHANGE, INC., an Ohio corporation, and UNIVERSAL SYNDICATIONS, INC., an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, KELLY J. WALKER, in his official capacity as an Assistant District Attorney for Santa Cruz County, California, and DOE DEFENDANTS 1-100, inclusive, in their official capacities,<br><br>Defendants. | CASE NO.: C09-00572-JF<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>(N.D. Cal. Civ. L.R. 3-12 and 7-11) |

Having considered plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") under Civ. L.R. 3-12, and the stipulation of the parties submitted therewith pursuant to Civ. L.R. 7-11, and good cause appearing:

IT IS HEREBY ORDERED that the Administrative Motion is GRANTED. The Court hereby finds the instant case, No. C09-00572-JF, to be related to *The People of the State of California v. Universal Syndications, Inc. et al.,* No. C09-01186-HRL, and directs that the latter case be reassigned from Magistrate Judge Lloyd to the undersigned Judge of the Court.

[PROPOSED] ORDER GRANTING ADMIN. MTN. TO CONSIDER WHETHER
CASES SHOULD BE RELATED
CASE NO. C09-00572-JF

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | Dated: April 3, 2009 |
| 3 | By: _____ |
| 4 | The Hon. Jeremy Fogel, U.S.D.J. |